**FILED**
5/19/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Robert Ladd (815) 987-4478

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

MARCIAL ARTEAGA-CARRION

CASE NUMBER: **26CR50026**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about May 11, 2026, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere, MARCIAL ARTEAGA-CARRION, the defendant, violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841 | Possession with intent to distribute a controlled substance, namely, 500 grams or more of cocaine, a Schedule II Controlled Substance |
| Title 18, United States Code, Section 922(g)(5) | Possession of a firearm by an illegal alien |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

_____
MICHAEL STONE
Special Agent, Drug Enforcement Administration (DEA)

Sworn to before me and signed in my presence.

Date: May 19, 2026

_____
Judge's signature

City and state: Rockford, Illinois

MICHAEL F. IASPARRO, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### AFFIDAVIT

I, MICHAEL STONE, being duly sworn, state as follows:

1.      I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for 16 years.  My current responsibilities include the investigation of narcotics trafficking offenses.

2.      As part of my duties as a DEA Special Agent, I investigate criminal violations relating to narcotics trafficking offenses, including criminal violations of the Federal Controlled Substance laws, including, but not limited to Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963. I have been involved with various electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage, and importation of controlled substances.

3.      I have received training in the area of narcotics investigations, money laundering, financial investigations, and various methods which drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises. I have participated in numerous investigations involving violations of narcotics laws.

4.      I have participated in investigations that have led to the issuance of search warrants involving violations of narcotic laws. These warrants involved the search of locations including: residences of targets, their associates and relatives,

"stash houses" (houses used as drug/money storage locations), storage facilities, bank safe deposit boxes, cellular/camera phones, and computers. Evidence searched for and recovered in these locations has included controlled substances, records pertaining to the expenditures and profits realized there from, monetary instruments, and various other assets that were purchased with the proceeds of the drug trafficking. I have participated in the execution of multiple federal search warrants.

5.      This affidavit is submitted in support of a criminal complaint alleging that MARCIAL ISAURO ARTEAGA-CARRION has violated Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 922(g)(5). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging ARTEAGA-CARRION with these offenses, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

6.      The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from people with knowledge regarding relevant facts.

7.      In March 2026, the Winnebago County Sheriff's Office Narcotics Unit, received information from a confidential informant (CI) about a person known to the

CI as "Chapparo." The CI stated "Chapparo" lives at an identified address[1] on Brooke Road in Rockford, Illinois. The CI advised law enforcement that he/she could purchase drugs from "Chapparo."

8. "Chapparo" was subsequently identified from a law enforcement database and body camera footage as MARCIAL ARTEAGA-CARRION. Through this investigation, investigating officers learned that ARTEAGA-CARRION was also living at an identified address[2] on 7th Street in Rockford, Illinois.

9. In late April 2026, the Winnebago County Sheriff's Office Narcotics Unit utilized the CI to conduct two controlled purchases of drugs from ARTEAGA-CARRION in amounts of two pounds of marijuana and one pound of marijuana respectively.

10. On April 29, 2026, the CI advised that he/she could purchase cocaine from ARTEAGA-CARRION. As a result, a controlled purchase was conducted, and the CI purchased approximately 253 grams of cocaine from ARTEAGA-CARRION.

11. On May 10, 2026, Winnebago County Judge Philip J. Nicolosi signed a search warrant for ARTEAGA-CARRION's residence at the identified address on 7th Street in Rockford, Illinois.

12. On May 11, 2026, members of the Winnebago County Sheriff's Office, DEA, and the FBI executed the search warrant. Agents/officers located ARTEAGA-

---

[1] The CI was able to provide law enforcement with a specific address, but that address is being anonymized for purposes of this complaint.

[2] Law enforcement is aware of the specific address, but that address is being anonymized for purposes of this complaint.

CARRION inside the residence along with a female and several juveniles. ARTEAGA-CARRION was detained and the house was searched pursuant to the search warrant. In the northeast storage room in the basement, agents/officers located two plastic storage bins that contained 54 individual brick-shaped packages wrapped in gray tape (suspected to contain cocaine). The gross weight of all 54 packages was 61.6 kilograms (including evidence packaging). The contents of one of the 54 packages field-tested positive for the presence of cocaine.

13. Agents/officers located the following in a cabinet in the residence's kitchen: (1) a plastic bag containing 21.6 grams of a white powdery substance (which field-tested positive for the presence of cocaine) in a kitchen cabinet, and (2) a black digital scale with white residue that field-tested positive for cocaine.

14. Agents/officers located the following in the residence's master bedroom: (1) a Sig Arms P226 9mm handgun (with serial number U553094) on a portable closet, (2) a Springfield XDM 9mm handgun (with serial number AT269479) in a black duffle bag in the closet, (3) approximately 7,320 grams of a green leafy substance (a portion of which field-tested positive for the presence of cannabis) in 14 separate vacuum-sealed bags in a maroon suitcase in the closet, (4) $151,820 in United States currency which was bundled in stacks and wrapped in rubber bands in a duffle bag in the closet, (5) $16,000 in United States currency bundled in the drawer of an organizer, (6) a piece of mail addressed to Marcial Isauro ARTEAGA-CARRION at the same identified address on 7th Street in Rockford, Illinois on top of an organizer, and (7) a drug ledger in the top drawer of a vanity.

15. ARTEAGA-CARRION was taken into custody and transported to the Winnebago County Sheriff's Office for an interview. ARTEAGA-CARRION was read his *Miranda* rights by a Spanish-speaking officer from a preprinted form. ARTEAGA-CARRION agreed to speak to investigating officers. Agents/officers asked ARTEAGA-CARRION about the money that was in his residence and to whom it belonged. ARTEAGA-CARRION stated it was in his house, so he guesses it's his. The interview ended shortly thereafter.

16. I spoke with an agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives who confirmed: (1) that the Signature Arms P226 firearm was manufactured in New Hampshire and (2) that the Springfield XDM firearm was manufactured in Croatia and imported into Illinois.

17. I spoke with a deportation officer with Immigration and Customs Enforcement (ICE), who confirmed that ARTEAGA-CARRION is an illegal alien.

(Remainder of this page intentionally left blank)

18.     Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about May 11, 2026 at Rockford in the Northern District of Illinois, Western Division, and elsewhere, ARTEAGA-CARRION committed the offenses of possession with the intent to distribute a controlled substance (cocaine) and possession of a firearm by an illegal alien.

FURTHER AFFIANT SAYETH NOT.

Michael Stone
Special Agent, Drug Enforcement
Administration

SUBSCRIBED AND SWORN to before me on May 19, 2026.

Honorable MICHAEL F. IASPARRO
United States Magistrate Judge